```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

DEVON ROBINSON                         :

    v.                                 :   Civil Action No. DKC 11-2569

DARCARS OF NEW CARROLLTON, INC.,       :
et al.                                 :

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 22nd day of March, 2012, by the United States District Court for the District of Maryland, ORDERED that:

    1.  The partial motion to dismiss filed by Defendants DarCars of New Carrollton, Inc. d/b/a DarCars Chrysler, Jeep, Dodge of New Carrollton, Ali Zarrabi, and Henry Scroggin, construed as a motion for judgment on the pleadings (ECF No. 14) BE, and the same hereby IS, GRANTED in part and DENIED in part,

    2.  Count One BE and the same hereby IS, DISMISSED as to all Defendants,

    3.  Count Four BE and the same hereby IS, DISMISSED as to Defendants Ali Zarrabi and Henry Scroggin,

    4.  Count Five BE and the same hereby IS, DISMISSED as to Defendant Ali Zarrabi,

    5.  A separate scheduling order will be entered; and

6.  The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                                           /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge